# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**D.Y.,** The Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM,**
Appellees.

No. 4D19-2892

[February 4, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alberto Ribas, Judge; L.T. Case No. 16-5405 CJ DP.

Bernard R. Appleman of Law Office of Bernard R. Appleman, Fort Lauderdale, for appellant.

Thomasina F. Moore and Samantha C. Valley of Florida Statewide Guardian Ad Litem Office, Tallahassee, for appellee, Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***